JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FAHIE, | ) Case No. ED CV 13-2300-PSG (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| R. MIRANDA, et al., | ) |
| Defendant(s). | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

Dated: ___February 11, 2015_____

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE